MELISSA HOLYOAK, United States Attorney (#9832)
ALEX WESTENSKOW, Assistant United States Attorney (#17642)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: Alex.Westenskow@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | Case No. 2:25mj1017-DAO |
|---|---|
| Plaintiff, | **FELONY COMPLAINT** |
| vs. | COUNT 1: 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute Fentanyl [>400 grams] |
| RICHARD DANIEL GARCIA, | |
| Defendant. | COUNT 2: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm |
| | COUNT 3: 18 U.S.C. § 924(c)(1)(A), Possession of a Firearm in Furtherance of a Drug Trafficking Crime |
| | Judge Daphne A. Oberg |

Before the Honorable Daphne A. Oberg, United States Magistrate Judge for the District of Utah, appears the undersigned, who on oath deposes and says:

**COUNT 1**
21 U.S.C. § 841(a)(1)
(Possession with Intent to Distribute Fentanyl)

1

On or about November 17, 2025, in the District of Utah,

RICHARD DANIEL GARCIA,

defendant herein, did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide ("fentanyl"), a Schedule II controlled substance within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

### COUNT 2
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm)

On or about November 17, 2025, in the District of Utah,

RICHARD DANIEL GARCIA,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit, a Springfield Hellcat 9mm handgun, and the firearm was in and affecting commerce; all in violation of 18 U.S.C. § 922(g)(1).

### COUNT 3
18 U.S.C. § 924(c)(1)(A)
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about November 17, 2025, in the District of Utah,

RICHARD DANIEL GARCIA,

defendant herein, did knowingly possess a firearm, namely, a Springfield Hellcat 9mm handgun, in furtherance of a drug trafficking crime that may be prosecuted in a court of the United States, to wit: possession with intent to distribute fentanyl in violation of 21 U.S.C.

§ 841(a)(1), as alleged in Count 1 and is fully incorporated herein; all in violation of 18 U.S.C. § 924(c)(1)(A).

## **ELEMENTS**

The elements of Count 1, Possession with Intent to Distribute Fentanyl, a violation of 21 U.S.C. § 841(a)(1), are as follows:

1. The defendant possessed a mixture or substance containing fentanyl, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812;

2. He did so knowingly and intentionally;

3. At the time the defendant possessed the mixture or substance containing fentanyl, he intended to distribute it; and

4. The amount of fentanyl he possessed was 400 grams or more.

The elements of Count 2, Felon in Possession of a Firearm, a violation of 18 U.S.C. § 922(g)(1), are as follows:

1. The defendant knowingly possessed a firearm;

2. Prior to the defendant's possession of the firearm, the defendant had been convicted of a crime punishable by imprisonment for more than one year;

3. The defendant knew he had been convicted of a crime punishable by imprisonment for more than one year; and

4. The firearm possessed by the defendant travelled in or affected interstate commerce.

The elements of Count 3, Possession of a Firearm in Furtherance of a Drug Trafficking Crime, a violation of 18 U.S.C. § 924(c)(1)(A), are as follows:

1. The defendant knowingly possessed a firearm;

2. The defendant possessed the firearm in furtherance of the crime of possession with intent to distribute fentanyl, a violation of 21 U.S.C. § 841(a)(1); and

3. Possession with intent to distribute fentanyl is a drug trafficking crime for which the defendant may be prosecuted in a court of the United States.

## AFFIDAVIT IN SUPORT OF COMPLAINT AND ARREST WARRANT

Complainant, Jordan Pisano, being duly sworn, hereby states the following:

1. I am a Special Agent with the Drug Enforcement Administration ("DEA") and have been employed in this capacity since April 2022. I am currently assigned to Task Force Enforcement Group 3 in the DEA Salt Lake City District Office (SLCDO). As a Special Agent with the DEA, I have conducted and assisted with numerous criminal investigations (both Federal and State) targeting the trafficking, distribution, and possession of illegal narcotics. In this role I have also completed trainings related to drug interdiction and identifying behavioral indicators of drug trafficking activity, which has enhanced my knowledge of law enforcement principles and practices associated with illegal narcotics. Before joining the DEA, I was a uniformed law enforcement officer with the United States Capitol Police from 2019 to 2021.

2. The statements in this affidavit do not contain all known information but rather only those facts believed necessary to establish probable cause for the requested Complaint. I am familiar with the facts and circumstances set forth herein based on my participation in the investigation, my review of official reports and records, and from conversations with other law enforcement officers involved in the investigation.

4

3. On November 17, 2025, agents assigned to the DEA Metro Narcotics Task Force (MNTF) and Homeland Security Task Force (HSTF) conducted an operation involving the controlled purchase of fentanyl pills with the assistance of a Confidential Source ("CS"). The controlled purchase was planned as a buy/bust operation, wherein agents would initiate the takedown of the target subject after the CS confirmed with agents that the fentanyl purchase was about to take place, but before any currency was exchanged between the CS and the target subject.

4. To arrange for the controlled purchase of the fentanyl pills, agents, through the CS, placed a phone call to a drug dispatch number and spoke with an unknown male, and ordered a quantity of fentanyl pills in exchange for U.S. currency. During the call, the unknown male instructed the CS to travel to the area of 5600 S 900 E in Murray, Utah, where another person driving a white minivan would meet the CS and provide the fentanyl pills.

5. When agents following the CS arrived at the area of 5600 S 900 E in Murray, they observed a white passenger minivan enter the parking lot of the above location and park in close proximity to the vehicle driven by the CS. Agents then observed an unknown male exit the driver seat of the minivan and approach the CS's vehicle. The CS indicated to the unknown male that he was there for the purchase, and the unknown male walked back to the minivan, grabbed a black duffle bag from minivan, and began to walk back to the CS's vehicle. At that time, agents quickly initiated the take down and detained the unknown male, who was later identified as Richard Daniel GARCIA.

6. While being placed under arrest, GARCIA informed agents that he had a gun on him. Agents searched GARCIA and located a Springfield Hellcat 9mm handgun in the front pocket of GARCIA's shorts. After securing the gun, agents observed markings on the gun that the gun was manufactured outside of the United States. In a post-*Miranda* interview with agents, GARCIA stated that he originally got the gun from a family member and put it in his pocket prior to the meet up with the CS. Agents then searched the black duffle bag held by GARCIA and located a large bundle of suspected fentanyl pills. The pills field-tested positive for fentanyl and weighed approximately 1,032 grams (package weight).

7. Agents ran a criminal history check on GARCIA and observed that GARCIA had multiple prior felony convictions in Utah, including a 2012 conviction for F3 possession of a controlled substance with intent to distribute, a 2016 conviction for F2 aggravated robbery, and a 2016 conviction for F3 possession of a controlled substance with intent to distribute.

8. Based on my training and experience, the weight of fentanyl pills possessed by GARCIA would be approximately 10,000 individual fentanyl pills, which is an amount that is consistent with distribution and not with personal use.

9. Based on the foregoing, I respectfully request for the Court to issue an arrest warrant for Richard Daniel GARCIA for the alleged violations of 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute Fentanyl, 18 U.S.C. § 922(g), Felon in Possession of a Firearm, and 18 U.S.C. § 924(c)(1)(A), Possession of a Firearm in Furtherance of a Drug Trafficking Crime.

*/s/ Jordan Pisano*
Jordan Pisano, Affiant
Special Agent
Drug Enforcement Administration

SUBSCRIBED AND SWORN TO BEFORE ME this 19th day of November 2025.

Honorable Daphne A. Oberg
United States Magistrate Judge

APPROVED:
Melissa Holyoak
United States Attorney

*/s/ Alex Westenskow*
Alex Westenskow
Special Assistant United States Attorney