MELISSA HOLYOAK, United States Attorney (#9832)
ALEX WESTENSKOW, Special Assistant United States Attorney (#17642)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: Alex.Westenskow@usdoj.gov

FILED US District Court-UT
DEC 03 '25 AM 09:31

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RICHARD DANIEL GARCIA, <br><br> Defendant. | **INDICTMENT** <br><br> COUNT 1: 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute Fentanyl [>400 grams] <br><br> COUNT 2: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm <br><br> COUNT 3: 18 U.S.C. § 924(c)(1)(A), Possession of a Firearm in Furtherance of a Drug Trafficking Crime <br><br> Case: 2:25-cr-00423 <br> Assigned To : Nielson, Howard C., Jr <br> Assign. Date : 12/2/2025 |

The Grand Jury charges:

## COUNT 1
21 U.S.C. § 841(a)(1)
(Possession with Intent to Distribute Fentanyl [>400 grams])

On or about November 17, 2025, in the District of Utah,

**RICHARD DANIEL GARCIA,**

defendant herein, did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide ("fentanyl"), a Schedule II controlled substance within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

## COUNT 2
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm)

On or about November 17, 2025, in the District of Utah,

**RICHARD DANIEL GARCIA,**

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit, a Springfield Hellcat 9mm handgun, and the firearm was in and affecting commerce; all in violation of 18 U.S.C. § 922(g)(1).

## COUNT 3
18 U.S.C. § 924(c)(1)(A)
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about November 17, 2025, in the District of Utah,

**RICHARD DANIEL GARCIA,**

defendant herein, did knowingly possess a firearm, namely, a Springfield Hellcat 9mm handgun, in furtherance of a drug trafficking crime that may be prosecuted in a court of the United States, to wit: possession with intent to distribute fentanyl in violation of 21 U.S.C. § 841(a)(1), as alleged in Count 1 and fully incorporated herein; all in violation of 18 U.S.C. § 924(c)(1)(A).

## **NOTICE OF INTENT TO SEEK FORFEITURE**

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of any offense violating 18 U.S.C. § 922 or any violation of any other criminal law of the United States, the defendant shall forfeit to the United States of America any firearm or ammunition involved in or used in the commission of the offense.

Pursuant to 21 U.S.C. § 853(a), upon conviction of any offense violating 21 U.S.C. § 841, the defendant shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

//
//
//

The property to be forfeited includes, but is not limited to:

- Springfield Hellcat 9mm handgun, serial number BK263366

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

MELISSA HOLYOAK
United States Attorney

_____
ALEX WESTENSKOW
Special Assistant United States Attorney

4